NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROGER WARREN BEAUDOIN,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2022-2212

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-2078, Judge Michael P. Allen.

-------------------------------------------------

**GREGORY DOUGLAS SMITH,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2022-2213

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-1244, Judge William S. Greenberg.

------------------------------------------------

**CAROLYN CLARK,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

————————————

2022-2225

————————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-1124, Judge Grant Jaquith, Judge Joseph L. Falvey, Jr., and Judge William S. Greenberg.

------------------------------------------------

**LOUIS J. DUIGOU,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

————————————

2022-2214

————————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-4060, Judge Michael P. Allen.

_____

## ON MOTION

_____

## O R D E R

Upon consideration of Louis J. Duigou and the Secretary of Veterans Affairs's stipulation to dismiss Appeal No. 2022-2214 under Rule 42(b) of the Federal Rules of Appellate Procedure, which the court construes as a joint motion to dismiss,

IT IS ORDERED THAT:

(1) The motion is granted.  Appeal No. 2022-2214 is dismissed.  The caption for the remaining three consolidated appeals is reflected above.

(2) Each side to bear its own costs as to Appeal No. 2022-2214.

(3) The Clerk of Court shall forward a copy of this order to the merits panel assigned to this case.

FOR THE COURT

June 6, 2023                          /s/ Jarrett B. Perlow
       Date                          Jarrett B. Perlow
                                     Acting Clerk of Court

ISSUED AS A MANDATE (AS TO NO. 2022-2214 ONLY): June 6, 2023